In the Matter of the Application of JOHN A. MEENAGH and Others, Petitioners, Respondents, and WALTER A. McDERMOTT and Others, Petitioners, for a Mandamus Order against THOMAS E. DEWEY, as District Attorney of the County of New York, Appellant.— Orders unanimously affirmed, with costs and disbursements, upon the authority of *Matter of Fornara* v. *Schroeder* (261 N. Y. 363); *Matter of Mafera* v. *Pasta* (265 id. 552); *Matter of Kiernan* v. *Ingersoll* (Id. 553); *Matter of Mylod* v. *Graves* (274 id. 381, 383). Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See 170 Misc. 192; 173 id. 209.]

BURCO, INC., and Others, Respondents, v. FRANCIS WARD PAINE and Others, Defendants, Impleaded with CARROLL E. GRAY, JR., and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Untermyer and Cohn, JJ., dissent and vote to reverse and grant the motion.

In the Matter of the Liquidation of NATIONAL SURETY COMPANY. Claim of: GREAT AMERICAN INDEMNITY COMPANY. Claim No.: Misc. 35. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NATIONAL SURETY COMPANY, Appellant; GREAT AMERICAN INDEMNITY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Glennon, Untermyer and Cohn, JJ.; Townley and Untermyer, JJ., dissent and vote to reverse.